CHARLES D. DICKEY and Others, Copartners, etc., Plaintiffs, v. WILLIAM

* App. Div. Rules, First Dept., rule 8.— [REP.

H. HANCOCK and Another, Respondents, Impleaded with JAMES F. D. WILSON, Appellant.— Judgment reversed, without costs, on the ground that the record contains no formal decision (See *Smith* v. *Geiger*, 202 N. Y. 306; *Smith* v. *State of New York*, 214 id. 140), and the case remitted to the Special Term to make a proper decision pursuant to section 1022 of the Code of Civil Procedure.    Order to be settled on notice.    Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.